No opinion. Settle order on notice. Present —
Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

SADYE JABLONS, Appellant, v. IRVING JABLONS, Respondent.—
No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.;
Dore, J. dissents and votes to grant the motion to the extent of referring all
issues of fact to an Official Referee.

FRANCES STERNBACH, Respondent, v. ABRAHAM STERNBACH, Appellant.—

Present — Peck, P. J., Glennon, Dore, Cohn and
Shientag, JJ.

FRANCES STERNBACH, Appellant-Respondent, v. ABRAHAM STERNBACH,
Respondent-Appellant.—

Present —
Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 584.]

ANNE G. LONG, Appellant, v. HUGH W. LONG, Respondent.—

Present
— Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

WILLIAM MARCH et al., Copartners Doing Business as MARCH & MENDL,
Appellants, v. SAM SHIMBERG, Doing Business as DANA-HALL COAT Co.,
Respondent.—
No opinion. Present — Peck, P. J., Glennon, Dore,
Cohn and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELOISE KING, Respondent,
against ELEANOR M. MITCHELL, Appellant.— No
opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

LILLIE NOVICK et al., Respondents, v. ARTHUR SHINDER et al., Appellants.—
No opinion.
Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.